GEORGE B. DIETRICH, Plaintiff, *v.* PALISADES INTERSTATE PARK COMMISSION, Defendant.

(Supreme Court, New York Special Term, February, 1921.)

See *Dietrich* v. *Palisades Interstate Park Commission,* immediately *ante.*

DEMURRER to complaint.

Arthur J. Levine, for plaintiff.

Barry, Wainwright, Thacher & Symmers (Herbert Barry and Joseph A. Warren, of counsel), for defendant.

LYDON, J. This is a demurrer to a complaint brought on for trial as a contested motion. The complaint states a cause of action brought by the father for the loss of services and earnings of his infant daughter, and also for expenses incurred as a result of the injuries the said infant daughter received while a passenger on the steamer *Clermont,* alleged to be owned and operated by the defendant. The facts, as well as the grounds of the demurrer, are precisely the same as in the case of *Dietrich* v. *Palisades Interstate Park Commission,* the decision in which is handed down herewith. I make my opinion in that case stand as my determination in this case.

Ordered accordingly.